UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BILLY R. THOMAS | CIVIL ACTION NO. 6:21-cv-00975 |
| VERSUS | JUDGE SUMMERHAYS |
| EUGENE EUCO FINANCE CO., INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's complaint is dismissed without prejudice for lack of subject-matter jurisdiction, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 10th day of November, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE